1  MICHAEL F. FRANK, ATTORNEY AT LAW
   Michael F. Frank, Esq. (CA SBN 125149)
2  9901 Durant Drive
   Suite H
3  Beverly Hills, California  90212
   Telephone: (310) 497-0120
4  Facsimile: (866)  279-2860
   Email address:  mfrankatty@aol.com
5
   Attorneys for Plaintiff
6        Ben Jewelry, Inc., a California Corporation,
           dba South Beverly-Wilshire Jewelry & Loan,
7          dba The Dina Collection

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11

| Ben Jewelry, Inc., a California Corporation, dba South Beverly-Wilshire Jewelry & Loan, dba The Dina Collection,<br><br>            Plaintiff,<br><br>     vs.<br><br>Joe Pacetti,<br><br>            Defendants. | Case No,: 2:11-cv-00003-JAK (FFM)<br><br>**ORDER ON STIPULATION FOR DISMISSAL OF ACTION WITH RESERVATION OF JURISDICITON TO ENFORCE SETTLEMENT INCLUDING ENTRY OF JUDGMENT [FRCP 41(a)]** JS-6<br><br>**Date: [None Required]<br>Time: 1:30 p.m.<br>CtRm: 750, 7th Flr, Roybal<br>        255 E. Temple St.<br>        Los Angeles, CA  90012** |
|---|---|

TO:  ALL INTERESTED PARITES AND THEIR ATTORNEYS OF RECORD:

   Plaintiff Ben Jewelry, Inc., a California Corporation, dba South Beverly-Wilshire Jewelry & Loan, dba The Dina Collection ("BJI"), through its attorney of record, Michael F. Frank and defendant Joe Pacetti ("PACETTI") through his attorney of record Grant D. Stiefel, Esq. of K&L Gates LLP stipulated and agreed to the following in the above-entitled matter.

///

///

1
_____
ORDER ON STIPULATION FOR DISMISSAL OF ACTION

1    BJI and PACETTI have settled the above-entitled matter.

2    PACETTI filed in the Answer in this action.

3    BJI and PACETTI have executed a written confidential settlement agreement on February 27, 2012.

5    PACETTI has also executed an Affidavit of Confession of Judgment on the same day.

7    BJI and PACETTI through their counsel of record hereby Request an Order Dismissing the above-entitled action pursuant to FRCP 41(a) by Stipulation.

9    BJI and PACETTI through their respective counsel hereby request that the Court retain jurisdiction to enforce the written confidential settlement, including but not limited to entry of Judgment by BJI against PACETTI pursuant to the terms of such confidential written settlement agreement and in accordance with the Confession of Judgment.

**THE COURT ACCEPTS THE STIPULATION OF COUNSEL AND ORDERS AS FOLLOWS:**

The above-entitled case is dismissed pursuant to FRCP 41(a) with Jurisdiction being reserved to enforce the written settlement of the parties, including but not limited to Entry of Judgment pursuant to the settlement terms and the Confession of Judgment.

Dated: February 29, 2012

_____
HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT COURT JUDGE

ORDER ON STIPULATION FOR DISMISSAL OF ACTION